# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERICA BLOOM SIMCHON, ISAAC SIMCHON, NICHOLAS PADULA, ALIZA SEIBERT, and ANDREW SEIBERT, on behalf of themselves and others similarly situated | : : : : : : | Civil No. 3:15-CV-01434 |
| Plaintiffs, | : : | |
| v. | : : | |
| HIGHGATE HOTELS, L.P., COVE HAVEN, INC., and STARWOOD HOTELS & RESORTS WORLDWIDE, INC. | : : : : : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 12th day of June, 2020, following review of the stipulation of partial dismissal, Doc. 211, **IT IS ORDERED** that Plaintiffs' motion for class certification pursuant to Rule 23 against Defendants Highgate Hotels, L.P., and Cove Have, Inc., Doc. 165, is **DENIED AS MOOT**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania