## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICA BLOOM SIMCHON, <br> ISAAC SIMCHON, <br> NICHOLAS PADULA, <br> ALIZA SEIBERT, and, <br> ANDREW SIEBERT, <br> on behalf of themselves <br> and others similarly situated, <br>                   Plaintiff, <br><br> -against- <br><br> HIGHGATE HOTELS, LP, <br> COVE HAVEN, INC., <br> STARWOOD HOTELS & RESORTS <br> WORLDWIDE, INC., <br>                   Defendants. | No. 3:15-CV-01434 (JPW) <br><br> **NOTICE OF APPEAL** <br><br> *(Document Filed Electronically)* |

NOTICE IS HEREBY GIVEN that the following parties, Plaintiffs Erica Bloom Simchon and Isaac Simchon ("Plaintiffs Simchon"), in the above-named case appeal to the United States Court of Appeals for the Third Circuit from a final Judgment and Order entered on September 8, 2020 granting Defendant Starwood Hotels & Resorts Worldwide, Inc.'s ("Starwood") Motion for Summary Judgment, and denying as moot Plaintiffs Simchon's Motion for Class Certification against Defendants Starwood and Cove Haven, Inc.

Dated:      October 8, 2020 <br>
               New York, NY

                                               Matthew J. Blit, Esq. <br>
                                               LEVINE & BLIT, PLLC

350 Fifth Avenue, Suite 4020
New York, NY 10118
Tel. (212) 967-3000
mblit@levineblit.com