# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-3064

Erica Simchon, et al v. Highgate Hotels LP, et al

(U.S. District Court No.: 3-15-cv-01434)

## ORDER

In accordance with the motion by the appellants in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 25, 2020
PDB/cc: William F. Birchfield, Esq.
      Matthew J. Blit, Esq.
      Donald D. Gamburg, Esq.
      David E. Heisler, Esq.
      Aiten M. McPherson, Esq.
      Mr. Peter J. Welsh,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate